RECEIVED
OCT 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WEI AN LU | CIVIL ACTION NO. 1:17-CV-00387 |
| VERSUS | CHIEF JUDGE DRELL |
| LORETTA E. LYNCH | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Lu's habeas petition is DISMISSED WITH PREJUDICE AS MOOT.

Additionally, the Court notes the copy of the report and recommendation mailed September 5, 2017 to Mr. Lu's last known address was returned to the Clerk of Court on September 15, 2015, marked "return to sender." Thirty days have passed since September 15, 2017, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this _16_ day of October, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT